```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA         :
                                 :   INDICTMENT
                                 :
         - v. -                  :   18 Cr.
                                 :
SHMUEL ZARZAR,                   :   18 CRIM 177
                                 :
                                 :
         Defendant.              :
- - - - - - - - - - - - - - - - X
```

JUDGE FURMAN

## COUNT ONE

The Grand Jury charges:

From at least in or about December 2017, up to and including at least in or about February 2018, in the Southern District of New York and elsewhere, SHMUEL ZARZAR, the defendant, willfully and knowingly, attempted to use a facility and means of interstate and foreign commerce to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, to wit, ZARZAR used a cellphone and phone messaging application to attempt to persuade, induce, entice, and coerce a minor to engage in sexual

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 2 8 2018

activity and attempted to meet with the minor in New York, New York to engage in sexual activity, in violation of New York Penal Code Sections 130.60(2) and 130.65(4).

(Title 18, United States Code, Sections 2422 and 2.)

_____  2/28/18
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**SHMUEL ZARZAR,**

Defendant.

---

**INDICTMENT**

18 Cr.

(18 U.S.C. §§ 2422 and 2.)

GEOFFREY S. BERMAN
United States Attorney

*[signature]*  2/28/18
Foreperson

---

2/28/18
Rc

*Indictment filed, case assigned to Judge Furman.*

*G. Gorenstein*
USMJ