# EXHIBIT C

**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 27, 2018

Hon. Jesse M. Furman
Judge, Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007-1312

Re:   United States v. Shmuel Zarzar, 18 Cr. 177 (JMF)

Dear Judge Furman:

I am a licensed social worker at the Federal Defenders of New York, Inc. I have been working with Shmuel Zarzar since February 2018 ███████████████████████ ███████████. I intend to continue my work with him while he is incarcerated and upon his release.

██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████

**Housing:** Mr. Zarzar will return to his mother's residence at ████████ ████████. I have spoken to his mother and will increase my communications with her at the time Mr. Zarzar is close to his release date.

**Employment:** Mr. Zarzar is a skilled electrician. We have been in contact with a previous employer, Tzvi Schwartz, who spoke highly of Mr. Zarzar's reliability and work ethic. Mr. Schwartz is willing to help Mr. Zarzar find employment after his release ████ ████████████████████.

**Public Assistance:** Mr. Zarzar had been on Medicaid insurance prior to his incarceration. Upon his release, our office will assist him in re-applying for Medicaid in order to ensure he can attend doctor's appointments ▮.



**Supportive Case Management:** Mr. Zarzar and I plan to correspond via CorrLinks and letters monthly. Through our correspondence, we will discuss: ▮ ▮ (2) what vocational training he is getting and what additional employment skills are available at the facility at which he is designated; (3) his eventual move to a halfway house and how to prepare for such a transition.

About six months prior to his release, Mr. Zarzar and I will discuss how to adjust to possible half way house placement, release into society and the stress that comes from new beginnings. We will calendar appointments so that this re-entry plan can lead to success ▮ ▮.

Respectfully submitted,

/s/_____
Angel Bosques Jr., MA, LMSW
Client and Mitigation Services
Federal Defenders of New York
212-417-8779
Angel_Bosques@fd.org