# EXHIBIT D

To Judge Furman:

I want to begin this letter by saying that it is in no way an attempt to justify my actions. I am writing to you at this time so that you can get a sense of where I am today. First and foremost, I am sorry for my conduct. ███████ I can only imagine how much of an impact this situation has had on the girl to whom I reached out and with whom I interacted improperly. Looking back now, I can't believe it was me who used such language and did such things. I don't consider myself to be that kind of person and for years had the same girlfriend whom I treated with love and respect. When I look back on the chats from my discovery, I feel like that person was someone else and I know that I have nobody to blame for having hurt someone and for being in jail.

In 2012, I was working for an electrical contracting company as a site manager and when on my way to work, I was in a very serious car accident. Through no fault of mine I suffered injuries so severe that it changed the trajectory of my life. ██████████████████████████████



It was at that time that I met the girl whom I texted and followed. I was walking to the store with my brother's dog and she stopped me by playing with my brother's dog. ████████████████████ ████████████ Initially she told me she was older and later during texts when I was told that she was much younger (12 years old) and that is such a shameful thing for me to accept. I know what I did and I know it was wrong ██████████████████████████ ██████

As much as I hate to say it, getting arrested saved my life. Enclosed is a picture of what I looked like at the time of arrest at 150 pounds. When you see me in the court room compare the difference between then and now. I have been arrested and incarcerated for 9 months now ███

██████████████████████ I held numerous jobs while at MCC, working in the unit as an orderly, then in the building's kitchen and working suicide watch as well. ███████████████████████████████████████████

On October 10, I am to be sentenced. I hope you can see that I am not a pedophile. When I am finally released I have plans to go back to work as an electrician (which I am extremely talented as) and to help people in my community who are battling addiction properly because drug use and abuse is a very taboo matter in my community and in Jewish communitys ████████████████████████████████████████████████

I thank you for your time and have a great day.

Respectfully,

Shmuel Zarzar

