# EXHIBIT F

```
NYMB2            *        INMATE EDUCATION DATA         *      09-25-2018
PAGE 001 OF 001 *              TRANSCRIPT               *      09:13:54

REGISTER NO: 76126-054    NAME..: ZARZAR                       FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: 4-A-NYM IN-TRANSIT FACILITY

-----------------------------  EDUCATION INFORMATION  --------------------------
FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME
4-A  GED UNK    GED STATUS UNKNOWN             02-01-2018 2351 CURRENT

-----------------------------  EDUCATION COURSES  -----------------------------
SUB-FACL   DESCRIPTION                START DATE  STOP DATE EVNT AC LV  HRS
NYM M      FDIC MONEY SMART SKILL 1   07-23-2018 08-24-2018  P   C  P    3
NYM M      INMATE COMPANION TRAINING  08-10-2018 08-10-2018  P   C  P    4
NYM M      IND STUDY AMERICAN REVILUTION 05-06-2018 06-04-2018  P   C  P   16










G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

```
NYMB2  531.01 *              INMATE HISTORY             *     09-25-2018
PAGE 001 OF 001 *              WRK DETAIL               *     09:10:13

 REG NO..: 76126-054 NAME....: ZARZAR, SHMUEL M
 CATEGORY: WRK        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
NYM    SUICIDE OR SUICIDE COMPANION ORDERLIES  08-09-2018 0903 08-17-2018 1042
NYM    FS AM      FOOD SERVICE AM SHIFT        07-15-2018 1319 08-17-2018 1042
NYM    UNASSG     UNASSIGNED WORK DETAIL       06-28-2018 1517 07-15-2018 1319
NYM    UNASSG     UNASSIGNED WORK DETAIL       02-13-2018 0627 06-28-2018 1518
NYM    UNASSG     UNASSIGNED WORK DETAIL       02-02-2018 1722 02-13-2018 0044
NYM    UNASSG     UNASSIGNED WORK DETAIL       02-01-2018 2351 02-02-2018 0855




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```