# EXHIBIT G

September 27, 2018

To the honorable Judge Jesse M. Furman,

My name is Tzvi Schwartz. I am currently the Director of Business Development for a large NYC based Electrical Contracting Shop called ██████████████. I've been in this position with ████████ electric for 3 years now. Prior to this position I was owner / partner in an electrical contracting company called ███████████ based in Brooklyn, New York. While I ran that company, I had employed Shmuel Zarzar as one of my electricians. That was from 2011 – 2012. In 2013 we changed the name of the company to ███████████.

Shmuel and I had become more than just employer and employee. We were friends. I would often drive him home from work at the end of the day and we would have time to chat about everything from life, family, religion, work and sports. Shmuel had great energy and was rising fast among the ranks of the company. He had a keen "CAN DO" attitude towards every task he was given and would often volunteer for projects before being asked. He put tremendous effort into learning our electrical craft and worked hard towards his goal of becoming a Licensed Master Electrician.

His employment ended when he was driving one of our work vans and got hit by a garbage truck. There was a thorough investigation performed and it was proven that he wasn't at fault and the NYC garbage truck driver was at fault. But Shmuel's injuries from that accident disenabled him from physical and manual labor which our job required, so he elected to leave the company and take some time to recover.

I saddens me now greatly to hear about the predicament he is in. Shmuel was a very loyal, hard-working, honest and reliable person. His genuine desire to do well and help others was one of his most redeeming qualities. It seems he had to deal with a few tough breaks along his journey and that may have set him off course. But I am certain that with the right help and program – he will be right back on track, and will once again be the bright light we saw in the not too recent past. I want nothing more than to see him excel and be the leader he was meant to be. I look forward to monitoring his quick progress so he and I can once again work together with him in some way, shape or form God willing. ████████████████████████████ I would be more than happy to do whatever I can to help him find a good job in the electrical field.

Most sincerely,

*Tzvi Schwartz*

██████████████