

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 20, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    **Re:**    *United States v. Shmuel Zarzar***, 18 Cr. 177 (JMF)**

Dear Judge Furman:

    The Government writes to inform the Court and the defense that it has provided the Federal Bureau of Prisons (the "BOP") with copies of defense counsel's letter dated April 19, 2021 (ECF No. 68) and the Court's Order dated April 20, 2021 (ECF No. 69).  The Government further reports that it has been informed by the BOP that Mr. Zarzar's furlough request was sent to his Unit Team this morning, to ensure that it is processed.

                        Respectfully submitted,

                        AUDREY STRAUSS
                        United States Attorney

By: _____
                        Jonathan L. Bodansky
                        Assistant United States Attorney
                        (646) 957-1800

Cc:     Sarah J. Baumgartel, Esq. (by ECF)