# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### Trenton, NJ

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 3:25-cr-00067-MAS
Judge Michael A. Shipp

SHMUEL ZARZAR

Defendant.

Clerk of Court
USDC for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Original Jurisdiction No: 1:18cr177**

**Dear Clerk of Court:**

Enclosed please find a Transfer of Jurisdiction Order to the District of New Jersey from your District. Please note that this matter has been filed in this District and assigned the above referenced docket number. The Indictment, Judgment and Docket Sheet have been retrieved via PACER. Please forward any additional necessary documents.

Thank you for your anticipated cooperation in this matter.

Very truly yours,

CLERK OF COURT
By Deputy Clerk, amv

cc: Probation Office for the District of New Jersey

| PROB 22 (Rev. 11/23) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:18 CR 177-1 (JMF) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 3:25-CR-0067 (MAS) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Shmuel Zarzar New Jersey | DISTRICT SOUTHERN DISTRICT OF NEW YORK | | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE U.S. District Judge Jesse M. Furman | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/10/2025 | TO 04/09/2029 |

OFFENSE

Attempted Receipt of Child Pornography in Violation of 18 U.S.C. § 225A(a)(2), (b)(1)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Residence and prosocial ties in the District of New Jersey

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

January 31, 2025
*Date*

*United States District Judge*

By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Shmuel Zarzar's supervision from the Southern District of New York to the District of New Jersey, the sealed records of the Court in the above-styled matter relating to Shmuel Zarzar are unsealed for the limited purpose of transferring those records to the United States District Court for the District of New Jersey and to the Probation Department in that district.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

2/3/25
*Effective Date*

*United States District Judge*




CLERK, U.S. DISTRICT COURT
402 E. STATE STREET, ROOM 2020
TRENTON, NEW JERSEY 08608-9979
OFFICIAL BUSINESS

criminal
unit

RECEIVED 2025 FEB -6 PM 3:25
U.S. COURT OF APPEALS

TRENTON NJ 085
3 FEB 2025 PM

RECEIVED
FEB 10 2025
CLERK'S OFFICE
S.D.N.Y.

USMail4D
SDNY

quadient
FIRST-CLASS MAIL
IMI
$000.69
02/03/2025 ZIP 08608
043M31257673
US POSTAGE